UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

      Plaintiff,

 v.

WILLIAM LEWIS CORMIER,

      Defendant.

Case No. CR19-158 RAJ

DETENTION ORDER

Offenses charged:

 Count 1: Possession of Controlled Substances with Intent to Deliver, 21 U.S.C. § 841(a)(1) and 841(b)(1)(C);

 Count 2: Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i);

 Count 3 Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); and

 Count 4 Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1).

Date of Detention Hearing: August 29, 2019

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and for the following reasons, and those stated on the record, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is a rebuttal presumption pursuant to 18 U.S.C. § 3142(e)(3) that no

DETENTION ORDER - 1

conditions or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of any other person and the community.

2. Defendant has a lengthy criminal history with approximately 40 failures to appear at court hearings.

3. Defendant poses identification in different names from different states.

4. Defendant did not rebut the presumption and stipulated to detention.

5. Defendant poses a risk of nonappearance due to numerous failures to appear and aliases. Defendant poses a risk of danger due to the allegations that Defendant possessed a firearm in furtherance of a drug trafficking crime. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 29th day of August, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge