THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-158RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |
| WILLIAM LEWIS CORMIER, | |
| Defendant. | |

Based on the unopposed motion by the defense to continue the trial date and extend the due date for pretrial motions, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
(*William Lewis Cormier*; CR19-158RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1        4.      Taking into account the exercise of due diligence, a continuance is
2 necessary to allow the defendant the reasonable time for effective preparation of his
3 defense.  18 U.S.C. § 3161(h)(7)(B)(iv).
4        NOW, THEREFORE,
5        IT IS ORDERED that Defendant's Unopposed Motion (Dkt. #24) is GRANTED.
6 The trial date is continued from October 28, 2019, to February 18, 2020.
7        IT IS FURTHER ORDERED that the resulting period of delay from the date of
8 this order to the new trial date of February 18, 2020, is hereby excluded for speedy trial
9 purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).
10       FURTHERMORE, IT IS ORDERED that all pretrial motions, including motions
11 in limine, shall be filed no later than January 9, 2020.
12       DATED this 25th day of September, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
(*William Lewis Cormier*; CR19-158RAJ)    - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**