THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-158RAJ |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED |
| v. | ) | MOTION TO CONTINUE PRETRIAL |
| | ) | MOTIONS DEADLINE |
| WILLIAM CORMIER, | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER having come before the Court on defendant's unopposed motion for a continuance of the pretrial motions deadline, and the Court having considered the facts set forth in the motion, and finding good cause, GRANTS the motion (Dkt. #27).

All pretrial motions, including motions in limine, shall be filed no later than January 16, 2020.

DATED this 14th day of January, 2020.

*Richard A Jones*

The Honorable Richard A. Jones
United States District Judge

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**