JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>WILLIAM CORMIER,<br><br>                Defendant. | No. 2:19-cr-00158-RAJ<br><br>ORDER TERMINATING<br>SUPERVISED RELEASE |

    This Court has considered William Cormier's Motion for Early Termination of Supervised Release and the records in this case.

    THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Cormier's supervised release is warranted by the conduct of Mr. Cormier and in the interests of justice.

    IT IS NOW ORDERED that the motion (Dkt. 53) is GRANTED. The term of supervised release for Mr. Cormier shall be terminated, effective immediately.

    DATED this 7th day of September, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Cormier,* 2:19-cr-00158-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100